**Petition for Writ of Mandamus Dismissed and Memorandum Opinion filed April 11, 2019.**



In The

# Fourteenth Court of Appeals

## NO. 14-19-00284-CV

## IN RE WILLIAM SOLOMON LEWIS, Relator

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**Justice of the Peace Precinct 4, Place 1**
**Harris County, Texas**

## MEMORANDUM OPINION

On April 5, 2019, relator William Solomon Lewis filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, relator asks this court to compel the Honorable Lincoln Goodwin, Justice of the Peace of Precinct 4, Place 1 in Harris County, to rule on relator's motion to proceed without payment of fees.

This court's mandamus jurisdiction is governed by section 22.221 of the Texas Government Code. A court of appeals may issue writs of mandamus against

(1) a judge of a district, statutory county, statutory probate county, or county court in the court of appeals district; (2) a judge of a district court who is acting as a magistrate at a court of inquiry under Chapter 52 of the Texas Code of Criminal Procedure in the court of appeals district; or (3) an associate judge of a district or county court appointed by a judge under Chapter 201 of the Texas Family Code in the court of appeals district for the judge who appointed the associate judge.  Tex. Gov't Code Ann. § 22.221(b).  The courts of appeals also may issue all writs necessary to enforce the court of appeals' jurisdiction.  *Id.* § 22.221(a).

A justice of the peace is not among the parties specified in section 22.221(b).  *See id.* § 22.221(b).  Moreover, relator has not shown that the issuance of a writ compelling the requested relief is necessary to enforce our appellate jurisdiction.  *See id.* § 22.221(a).  Therefore, we lack jurisdiction to issue a writ of mandamus against the justice of the peace.

Accordingly, we dismiss relator's petition for writ of mandamus for lack of jurisdiction.


PER CURIAM

Panel consists of Justices Christopher, Hassan, and Poissant.